AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| VANESSA WILLIAMS, ROZALYNN FISHER, LAURA DAY, SARUNY BIN, AND MARLENE CALZADOPAEZ, individually and on behalf of all other similarly situated,<br>*Plaintiff(s)*<br>v.<br>CAESARS ENTERTAINMENT, INC.,<br>*Defendant(s)* | Civil Action No. 2:23-cv-1919 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CAESARS ENTERTAINMENT, INC.,
through its Registered Agent:
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathan R. Ring
Stranch, Jennings & Garvey, PLLC
3100 W. Charleston Blvd.
Suite 208
Las Vegas, NV 89102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*